DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT C. LEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0063

[May 2, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Leon M. Firtel, Judge; L.T. Case No. 17-010013CF10A.

No brief filed for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***